UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KATHRYN POYER, )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MARTIN O'MALLEY, )<br>Commissioner the Social Security )<br>       Defendant. | **JUDGMENT**<br><br>No. 5:23-CV-377-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 11, 2024, that defendant pay to plaintiff $5,600.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on December 11, 2024, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Wanda Mason (via CM/ECF Notice of Electronic Filing)


December 11, 2024                PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk